**Opinion issued October 22, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-13-00015-CV**

————————————

**REGINALD W. SPIVEY, Appellant**

**V.**

**TRENITA GAIL SPIVEY, Appellee**

---

**On Appeal from the 312th District Court[1]**
**Harris County, Texas**
**Trial Court Case No. 2010-44699**

---

**MEMORANDUM OPINION**

Appellant attempts to appeal from an order setting entry date/hearing, but

such an order is not reviewable by appeal. When a party attempts to appeal a non-

---

[1]      Counsel for Appellant: Ronald G. Ray
         Counsel for Appellee: Greg Abbott
         Trial court Judge: Hon. David Farr

appealable interlocutory order, the appellate court has no jurisdiction except to dismiss the appeal. *See Nikoulouzos v. St. Luke's Episcopal Hospital*, 162 S.W.3d 678, 681 (Tex. App.—Houston [14th Dist.] 2005, no pet.). Ten days' notice of intent to dismiss was given to all parties in accordance with Texas Rule of Appellate Procedure 42.3. No party has responded to the notice. Accordingly, we dismiss the appeal for want of jurisdiction. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.